# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 30, 2014, the cause upon appeal to revise or reverse your judgment between

American National Insurance Company, Appellant

V.

The Conestoga Settlement Trust, The RE Family Trust and Shea Ungar A/K/A Hershey Ungar Trustee of the RE Family Trust, Appellee

No. 04-13-00719-CV and Tr. Ct. No. 2011-CI-17464

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.**

**We order that appellees the Conestoga Settlement Trust, the RE Family Trust, and Shea Ungar a/k/a Hershey Ungar, Trustee of the RE Family Trust, recover their costs of this appeal from appellant American National Insurance Company.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on April 20, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00719-CV

### American National Insurance Company

**v.**

### The Conestoga Settlement Trust, The RE Family Trust and Shea Ungar A/K/A Hershey Ungar Trustee of the RE Family Trust

(NO. 2011-CI-17464 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | LORIEN WHYTE |
| COPIES | $1.80 | PAID | BRYAN KOST |
| MOTION FEE | $10.00 | E-PAID | KEITH KENDALL |
| MOTION FEE | $10.00 | E-PAID | KEITH KENDALL |
| MOTION FEE | $10.00 | E-PAID | KEITH KENDALL |
| MOTION FEE | $10.00 | E-PAID | MICHAEL HEYGOOD |
| MOTION FEE | $10.00 | PAID | BRIN & BRIN |
| MOTION FEE | $10.00 | E-PAID | JAMES C. ORR, JR. |
| MOTION FEE | $10.00 | E-PAID | JAMES C. ORR, JR. |
| FILING | $100.00 | PAID | BRIN & BRIN |
| INDIGENT | $25.00 | PAID | BRIN & BRIN |
| STATEWIDE EFILING FEE | $20.00 | PAID | BRIN & BRIN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | BRIN & BRIN |
| MOTION FEE | $10.00 | E-PAID | BRIN & BRIN |
| COPIES | $4.00 | PAID | UNKNOWN |
| REPORTER'S RECORD | $0.00 | UNKNOWN | PAMELA SHEEHAN |
| MOTION FEE | $10.00 | E-PAID | DANIEL POZZA |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this April 20, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853